IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LIPTAK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCELERATED INVENTORY MANAGEMENT, LLC, OLIPHANT FINANCIAL, LLC, AND JOHN DOES 1-5,<br><br>　　　　Defendants. | Case No. 2:20-cv-967 |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT** on this date, Defendants Accelerated Inventory Management, LLC, and Oliphant Financial, LLC, hereby remove the above-captioned matter to this Court from the Court of Common Pleas for Allegheny County, and, in support thereof, aver as follows:

1.　Defendants Accelerated Inventory Management, LLC, and Oliphant Financial, LLC, are the defendants in a civil action commenced by Complaint on June 4, 2020, in the Court of Common Pleas for Allegheny County, titled *Robert Liptak, individually and on behalf of all others similarly situated, v. Accelerated Inventory Management, LLC, Oliphant Financial, LLC, and John Does 1-5*, and docketed to Case No. GD-20-006455.

2.　This removal is timely under 28 U.S.C. § 1446(b) as Defendants were served with Plaintiff's Complaint on June 18, 2020.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings, and orders received by Defendants in the state court action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, Defendants have provided notice of this removal to all parties and to the Court of Common Pleas for Allegheny County, Pennsylvania.

WHEREFORE, Defendants remove this case to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By:  /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
10 Beatty Road, Suite 200
Media, PA  19063
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendants Accelerated Inventory Management, LLC, and Oliphant Financial, LLC

Dated:  June 29, 2020

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2020, a true copy of the foregoing document was served on on the persons below via electronic means:

Eugue D. Frank, Esquire
Law Offices of Eugene D. Frank
3202 McKnight East Drive, Suite 4944
Pittsburgh, PA  15237
efrank@edf-law.com

Kevin Abramowicz, Esquire
East End Trial Group LLC
186 42nd Street, P.O. Box 40127
Pittsburgh, PA  15201
kabramowicz@eastendtrialgroup.com

Kevin Tucker, Equire
East End Trial Group LLC
186 42nd Street, P.O. Box 40127
Pittsburgh, PA  15201
ktucker@eastendtrialgroup.com
*Counsel for Plaintiff*

Prothonotary
Court of Common Pleas
Allegheny County
414 Grant Street
Pittsburgh, PA  15219

        **BARRON & NEWBURGER, P.C.**

    By: */s/ Brit J. Suttell*
       BRIT J. SUTTELL, ESQUIRE
       PA Id. No. 204140
       10 Beatty Road, Suite 200
       Media, PA  19063
       (484) 999-4232
       britjsuttell@bn-lawyers.com
       Counsel for Defendants Accelerated Inventory
       Management, LLC, and Oliphant Financial, LLC

Dated:  June 29, 2020