UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Liptak,<br><br>Plaintiff,<br><br>vs.<br><br>Accelerated Inventory Management, LLC, Oliphant Financial, LLC, and John Does 1-5,<br><br>Defendants. | Civil Action No.: 2:20-cv-00967-MJH |

## ORDER OF COURT

**AND NOW**, this 23rd day of March, 2021, upon consideration of the *Joint Stipulation of Dismissal with Prejudice* filed by counsel for the parties, it is hereby **ORDERED** that the above-captioned case shall be dismissed with prejudice.

BY THE COURT:

_____
J.